IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHY WOLFE,   CV 07-1093-MA

       Plaintiff,   JUDGMENT

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

Based on the record and the Opinion and Order filed herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Opinion and Order.

Dated this 14 day of July, 2008.

                                       Malcolm F. Marsh
                                       United States District Judge

1 - JUDGMENT